UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 03, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| Dylan Rosilez, <br>    Petitioner, <br><br> v. <br><br> Bobby Lumpkin, <br> Director, Texas Department of <br> Criminal Justice, Correctional <br> Institutions Division, <br>    Respondent. | Civil Action H-22-2764 |

# Order of Adoption

On December 14, 2022, Magistrate Judge Peter Bray recommended that Dylan Rosilez's petition be dismissed without prejudice for failure to exhaust state-court remedies. (11) Rosilez filed a motion for extension of time to object (12) and objections (13). The motion for extension of time is granted in part; the objections have been considered and are denied. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on January 3, 2023, at Houston, Texas.

Lynn N. Hughes
United States District Judge